UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

ANGEL P. DOSS                                                                                    PLAINTIFF

v.                                                                   CIVIL ACTION NO. 3:15-CV-00570-CRS

DONNA BARTON BROTHERS,
NBC UNIVERSAL,
WILMA F. LYNCH,
BREEDERS' CUP LIMITED,
SANTA ANITA PARK                                                                              DEFENDANTS

## MEMORANDUM OPINION AND ORDER

Plaintiff Angel P. Doss moves to reopen the suit under Fed. R. Civ. P. 60(b)(1) and (b)(3).

The Court granted the Defendants' motion to dismiss on October 29, 2015. *See* ECF Nos. 18-19.

Doss summarily requests the reopening of the case. Doss does not provide *any* argument as to why this Court should grant the motion to reopen. This is insufficient.

The Court **DENIES** Plaintiff Angel P. Doss' motion to reopen (DN 20).

**IT IS SO ORDERED**.

January 7, 2016

Charles R. Simpson III, Senior Judge
United States District Court